PRO SE GUIDE

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __ARKANSAS__
__CIVIL__ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 19 2019

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

---

__Glicenia C. Logan__

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

__State Of Arkansas__
__Eastern & Western District Court__

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. __19-2116__
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes  ☐ No
*(check one)*

PRO SE GUIDE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | GLICENIA C. LOGAN |
| Street Address | 1608 Dallas St/P.O.BOX 923 |
| City and County | Fort Smith, Sebastian |
| State and Zip Code | ARKANSAS 72901/72902 |
| Telephone Number | (479) 926-3587/(479) 883-2916 |
| E-mail Address | Gliclogan19@cox.net |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Sgt. Chris Waters |
| Job or Title (if known) | Arkansas State Polite |
| Street Address | 5728 Kelley Hwy |
| City and County | Fort Smith, Sebastian |
| State and Zip Code | Arkansas 72914 |
| Telephone Number | (479) 783-5195 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | SHELLPOINT/COUNTRYWIDE/BANK OF AMERICA |
| Job or Title (if known) | TRUSTEE/HOME LOAN SERV/BANKING & LOANS |
| Street Address | P.O.BOX 7050/P.O.BOX 5170 |
| City and County | TROY/SIMI VALLEY |

|  |  |
|---|---|
| State and Zip Code | MI 48007-7050/CA 93062 |
| Telephone Number | (877)491-7277/(818) 225-3959 |
| E-mail Address (if known) | insdocs@shellpointmtg.com |

Defendant No. 3

|  |  |
|---|---|
| Name | Senior Corporal Michael Springer |
| Job or Title (if known) | Supervisor/Investigating Officer |
| Street Address | 5728 Kelley Hwy |
| City and County | Fort Smith, Sebastian |
| State and Zip Code | ARKANSAS 72914 |
| Telephone Number | (479) 783-5195 |
| E-mail Address (if known) |  |

Defendant No. 4

|  |  |
|---|---|
| Name | Joyce Bradley Babin/Natasha Graf |
| Job or Title (if known) | Chapter 13 Standing/Case Worker Trustee |
| Street Address | P. O. BOX 8064 |
| City and County | Little Rock, Pulaski |
| State and Zip Code | Arkansas 72203-8064 |
| Telephone Number | (501) 537-2500 or (866) 797-3681 |
| E-mail Address (if known) | info@13ark.com |

ATTACHMENT CONTINUATION

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question      ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Supremacy Clause in the Constitution, 950 Constitutionality Rules 28 U.S.C 2403 has priority is the basis of ~~all~~ law Diversity of Citizenship 28 U.S.C ~~1332,1331 FTCA 1346~~ America with Disability ~~42 U.S.C 12133 and Color of~~ State Law 42 U.S.C 1983 Amend VIII 2000(e)

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* __GLICENIA C. LOGAN__ is a citizen of the State of *(name)* __ARKANSAS__.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* __GLICENIA C. LOGAN__ is incorporated under the laws of the State of *(name)* __ARKANSAS__ and has its principal place of business in the State of *(name)* __4513 PARK ROAD, LAVACA AR 72941/ P.O.BOX 319 LAVACA, ARKANSAS 72941__

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* __Dana Byrum__, is a citizen of the State of *(name)* __ARKANSAS__. Or is a citizen of *(foreign nation)* _____.

18

PRO SE GUIDE

    b.    If the defendant is a corporation

The defendant, *(name)* __Shellpoint/Bank of America__ incorporated under the laws of the State of *(name)* __Troy MI/Simi Valley, CA__ and has its principal place of business in the State of *(name)* __Bank of America__. Or is incorporated under the laws of *(foreign nation)* __Countrywide/Shellpoint__, and has its principal place of business in *(name)* __Simi Valley, California__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy    $250,000,000

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
Fraud, Careless Conduct, Negligence with

Deceitful Act to Harm with Injury to Gender Marriage, Ethnicty and Disabilities also to

Defamation of one Character, health and Welfare

III.   **Statement of Claim**    by Discrimination on Color, Race and Age

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I Purchase the property in 2003 with my spouse, in

2004 I Started a Daycare to able to profit and make a Different, 2005-2006 Started Working on the building on the road to the daycare, got my daycare Address Register at 4513 Park Road next to my house, I send $500 to Bank of America in 2008 also I Survey the one Acre for the daycare Started my Garden and Rabbits farm to allowed the kids to eat healthy and allowed to to learn about the animal, they health etc  I pay about $75,000 within 10 years with all my work and Investment I have spend roughlyabout $98,000

Due to lack of accountability of Shellpoint, attorney Contrywide, Bank of America, Brian Light, the judge and Court not Listening to me know Fema Condemn the house till I fix it up know I have more than a sick spouse to think about his health but to put a roof over his head

PRO SE GUIDE

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like to be whole again but I know that would not happen no matter how much money I get but I am asking for $250,000,000 to do what I stared doing which is to help my community, children and my farm. I have spend out $30,000 in the house property, $30,000 on the daycare and about 38,000 in Investment my total is more about 150,000

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/14, 2019

Signature of Plaintiff

Printed Name of Plaintiff: GLICENIA C. LOGAN

Address of Plaintiff: 1608 Dallas St/P.O.Box 923 FT,Smith Arkansas 72901/ 72902

Telephone Number: (479) 926-3587/479-674-9165

Meassage phone (479) 883-2916

## ATTACHMENT BASE FOR JURISDICTION OF MY COMPLAINT

| | |
|---|---|
| Name | **DEFENDANT NO. 5 CHIEF JUDGE: BEN T BARRY** |
| Job or Title | **UNITED STATES BANKRUPTCY COURT** |
| Street Address | **30 South 6th Street** |
| City and County | **Fort Smith, Sebastian** |
| State and Zip Code | **Arkansas 72901-2437** |
| Telephone Number | **(479) 582-9801** |
| E-mail Address | **barrysettled@arwb.uscourts.gov** |

| | |
|---|---|
| Name | **DEFENDANT NO. 6 JOHN MICHAEL RAINWATER ATTORNEY/BRIAN LIGHT** |
| Job or Title | **LAWYERS/ATTORNEY** |
| Street Address | **801 TECHNOLOGY DRIVE** |
| City and County | **LITTLE ROCK, PULASKI** |
| State and Zip Code | **ARKANSAS 72223** |
| Telephone Number | **(501) 868-2500 OR (866) 853-6020** |
| E-mail Address | |

| | |
|---|---|
| Name       DEFENDANT NO. 7 | **STATE PROSECUTOR"S OFFICE/ALLISON HOUSTON** |
| Job or Title | **GREENWOO/FORT SMITH STATE PROSECUTO"S OFFICE** |
| Street Address | **301 E. CENTER 2ND FLOOR** |
| City and County | **GREENWOOD, Sebastian** |
| State and Zip Code | **Arkansas 72935** |
| Telephone Number | **(479) 582-9801** |
| E-mail Address | **ahouston@co.sebastian.ar** |

## ATTACHMENT BASE FOR JURISDICTION OF MY COMPLAINT

**Name** — **DEFENDANT NO. 8 JUDGE: FITZHUGH**

**Job or Title** — **JUDGE DISTRICT COURT OF GREENWOOD DISTRICT**

**Street Address** — **301 E. CENTER ROOM 103**

**City and County** — **GREENWOOD, SEBASTIAN**

**State and Zip Code** — **Arkansas 72936**

**Telephone Number** — **(479) 996-4175 OR (479) 782-8667**

**E-mail Address**

**Name** — **DEFENDANT NO. 9 NATIONSTAR MORTGAGE**

**Job or Title** — **NATIONSTAR MORTGAGE CORP**

**Street Address** — **P.O. BOX 619094**

**City and County** — **DALLAS**

**State and Zip Code** — **DALLAS TX 75261-9741**

**Telephone Number** — **(888) 480-2432**

**E-mail Address**

**Name** **DEFENDANT NO. 10** — **MR. COOPER MORTHAGE**

**Job or Title** — **MR. COOPER MORTGAGE CORP**

**Street Address** — **8950 CYPRESS WATERS BLVD**

**City and County** — **COPPELL**

**State and Zip Code** — **COPPELL TX 75019**

**Telephone Number** — **(877) 343-5602**

**E-mail Address**

ATTACHMENT BASE FOR JURISDICTION OF MY COMPLAINT

| | |
|---|---|
| Name | DEFENDANT NO. 11   Dana Byrum |
| Job or Title | District IV Manager for Stat of Arkansas |
| Street Address | 400 Rogers Ave Suite C |
| State and Zip Code | Arkansas 72901 |
| Telephone Number | (479) 755-3300 |
| E-mail Address | |

| | |
|---|---|
| Name | DEFENDANT NO. 12   NISSAN MOTOR ACCEPTANCE CORP |
| Job or Title | NISSAN MOTOR ACCEPTANCE CORP |
| Street Address | P.O.Box 660368 |
| City and County | DALLAS |
| State and Zip Code | TX 75266 |
| Telephone Number | (800) 456-6622 or 777-6116 |
| E-mail Address | |

| | |
|---|---|
| Name | Defendant No.13 Farm Credit Services of Western Arkansas |
| Job or Address | Andrea Leding Regional Vice President |
| Street Address | 12907 Hwy 71 South |
| City and County | Greenwood, Sebastian |
| State and Zip Code | Arkansas 72916 |
| Telephone Number | (479) 434-4040 |
| E-mail Address | Andrealeding@farmcredit.com |

Case 2:19-cv-02116-PKH   Document 1   Filed 09/19/19   Page 10 of 10 PageID #: 10

ATTACHMENT BASE FOR JURISDICTION OF MY COMPLAINT

| | |
|---|---|
| Name | Defendant NO. 14 Latisha Meadows DHS |
| Job or Title | DHS Adminstrative Review Officer |
| Street Address | 400 Donaghey Plaza North |
| City and County | Little Rock, Pulaski |
| State and Zip Code | Arkansas 72203 |
| Telephone Number | (501) 682-8622 or (501) 320-6350 |
| E-mail Address | Latisha.meadows@dhs.arkansas.gov |