IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GLICENIA C. LOGAN                                                                                    PLAINTIFF

v.                                        Civil No. 2:19-CV-02116

SHELLPOINT/COUNTRYWIDE/BANK OF                                                       DEFENDANTS
AMERICA (Trustee/Home Loan Serv/Banking
and Loans)

## JUDGMENT

For the reasons stated in the Opinion and Order filed this date, this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 8th day of January 2020.

/s/ P. K. Holmes, III
P. K. HOLMES, III
U.S. DISTRICT JUDGE